UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN WALKER, | No. 2:13-cv-1515 KJN P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| SOLANO COUNTY JAIL, et al., | |
| Defendants. | |

On July 30, 2013, plaintiff was directed to complete and return the court's "Order re Consent or Request for Reassignment." (ECF No. 3.) On August 22, 2013, plaintiff filed the required document; however, plaintiff signed inside both the consent and decline to consent boxes, and failed to indicate whether or not plaintiff consents to the jurisdiction of the undersigned. (ECF No. 5.) Accordingly, the Clerk of the Court is directed to send plaintiff another consent form, and plaintiff is directed to indicate on the form whether he consents to the jurisdiction of the undersigned, or whether he declines to consent to such jurisdiction. In addition to signing <u>in only one</u> of the appropriate areas, plaintiff should insert a check mark or "x" inside the box to the left of the appropriate choice, i.e. "consent" or "decline."

IT IS HEREBY ORDERED that:

1. The Clerk of the Court is directed to send plaintiff the form Consent to Proceed Before a United States Magistrate Judge; and

1

2. Within twenty-one days from the date of this order, plaintiff shall file the form indicating whether he consents, or declines to consent, to the jurisdiction of the undersigned.

Dated: August 28, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/walk1515.con